THE WYOMISSING. (Circuit Court of Appeals, Second Circuit. June 15, 1909.) No. 280. Appeal from the District Court of the United States for the Eastern District of New York. For opinion below, see 149 Fed. 241.

Armstrong, Brown & Boland (P. M. Brown, of counsel), for appellant. Carpenter & Park (James E. Carpenter, of counsel), for appellee. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Decree affirmed, with interest and costs.